PS 42
(7/98 D.CO)

# United States District Court
## District of Colorado

United States of America

vs

GLENN NEWMAN ) Case No. 07-cr-00412-WDM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Glenn Newman, have discussed with Emily Valentin, Probation Officer, modification of my release as follows:

Refrain from use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

Participate in a program of mental health counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-25-07      _____  10-25-07
Signature of Defendant       Date         Probation Officer           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/25/07
Signature of Defense Counsel    Date

_____  10-30-07
Signature of Assistant U.S. Attorney    Date

[X] The above modification of conditions of release is ordered, to be effective on _____

[ ] The above modification of conditions of release is not ordered.

_____  11/8/07
Signature of Judicial Officer    Date