IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00412-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GLENN NEWMAN,

      Defendant.

## ORDER

Comes on this day to be considered the Motion of the United States to dismiss Count Two of the Indictment as it pertains to Defendant Glenn Newman. The Defendant has agreed to plead guilty to Count One of the Indictment which charges a violation of Title 18, United States Code, Section 641, theft of public money.

Having considered same, the Court finds there are good grounds to grant the motion.

IT IS HEREBY ORDERED that Count Two of the Indictment is hereby DISMISSED as to Defendant Glenn Newman.

So ordered this ____ day of February, 2008 at Denver, CO.

BY THE COURT:

_____
WALKER D. MILLER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO